942

No. 81–984.   FIRST NATIONAL CITY BANK v. BANCO PARA EL COMERCIO EXTERIOR DE CUBA.   C. A. 2d Cir.   Certiorari granted.

No. 81–2257.   BILL JOHNSON'S RESTAURANTS, INC. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari granted.

No. 82–242.   GORSUCH, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. SIERRA CLUB ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 81–2242.   SEIBEL v. WHITLEY.   C. A. 7th Cir.   Certiorari denied.

No. 81–2294.   MADONNA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–2369.   JOHNSON v. SPALDING ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–2370.   LASCANO v. ARKANSAS.   Sup. Ct. Ark. Certiorari denied.

No. 81–6704.   ARTIS v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 81–6708.   GRIFFIN v. WARDEN, C. C. I., COLUMBIA, SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 81–6725.   NELSON v. ILLINOIS.   App. Ct. Ill., 2d Dist.   Certiorari denied.

No. 81–6768.   CART v. ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.